IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD WILLIS                                            PLAINTIFF

               v.                      Civil No. 06-2069

FRANK ATKINSON, Sheriff, Sebastian
County, Arkansas; GUARD MOULDER,
GUARD JACOB FINK; GUARD RESTINE;
CORPORAL PAUL, Night Supervisor, Sebastian
County Detention Center; CAPTAIN CONGER,
Jail Administrator; LT. JACKSON, Assistant
Jail Administrator                                           DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **October 6, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 27th day of July 2006.

                                                    /s/ Beverly Stites Jones
                                                    UNITED STATES MAGISTRATE JUDGE